IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BRAINTREE LABORATORIES, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-143 UNA<br>)<br>)<br>)<br>)<br>)<br>) |

### RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiffs Meijer, Inc. and Meijer Distribution, Inc., hereby certify that:

1. Plaintiff Meijer, Inc. (a private non-governmental entity) is a privately held corporation, which is a wholly owned subsidiary of Meijer Companies, Ltd.;

2. Plaintiff Meijer Distribution, Inc. (a private non-governmental entity) is a privately held corporation, which is a wholly owned subsidiary of Meijer, Inc.

3. No publicly held corporation owns 10% or more of the stock of Meijer Inc. or Meijer Distribution, Inc.

Dated: March 14, 2007

Respectfully submitted,

*[signature]*

Jeffrey S. Goddess (Del. Bar No. 630)
**ROSENTHAL, MONHAIT & GODDESS, P.A.**
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
jgoddess@rmgglaw.com
302-656-4433

**KAPLAN, FOX & KILSCHEIMER, LLP**
Linda P. Nussbaum
Robert Kaplan
805 Third Avenue, 22nd Floor
New York, NY 10022
(212) 687-1980

**VANEK, VICKERS & MASINI, P.C.**
Joseph M. Vanek
David Germaine
111 S. Wacker Drive, Suite 4050
Chicago, IL 60606
(312) 224-1500

**SPERLING & SLATER, P.C.**
Paul E. Slater
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
(312) 651-3200

2