IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BRAINTREE LABORATORIES, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-143 SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Linda P. Nussbaum, Esquire and Robert N. Kaplan, Esquire of Kaplan, Fox & Kilscheimer, LLP, 805 Third Avenue, 22nd Floor, New York, NY 10022 to represent plaintiffs Meijer, Inc. and Meijer Distribution, Inc. in this matter.

_____
Jeffrey S. Goddess, Movant (#630)
Rosenthal, Monhait & Goddess, P.A.
P. O. Box 1070
Wilmington, DE  19899
(302) 656-4433
jgoddess@rmgglaw.com
*Liaison Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., on behalf of itself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BRAINTREE LABORATORIES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 07-143 ) ) ) ) ) ) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25 is being submitted to the Clerk's Office upon the filing of this motion.

Date: 3/14/07

Linda P. Nussbaum
Kaplan, Fox & Kilscheimer, LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
(212) 687-1980

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., on behalf of itself and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>BRAINTREE LABORATORIES, INC.,<br><br>      Defendants. | C.A. No. 07-143 |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: _____

_____
Robert N. Kaplan
Kaplan, Fox & Kilsheimer, LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
(212) 687-1980

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BRAINTREE LABORATORIES, INC.,<br><br>Defendants. | C.A. No. 07-143 SLR |

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Linda P. Nussbaum, Esquire and Robert N. Kaplan is granted.

Date: _____     _____
                                                     United States District Judge