IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., on behalf of itself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 07-143-SLR |
| v. | ) ) | |
| BRAINTREE LABORATORIES, INC., | ) ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

The parties, by their undersigned counsel, hereby stipulate and agree to extend the time required to answer, plead or otherwise respond to the Complaint at least an additional sixty (60) days to and including June 1, 2007; however, in the event that any party files a motion for a stay of this matter pending the outcome of the trial in Civil Action No. 03-477 (SLR) (D. Del.), an answer or responsive pleading to the Complaint (or any operative Consolidated Complaint or Consolidated Amended Complaint) shall not be required until at least twenty days after a ruling by the Court on any motion for a stay that would require the filing of a responsive pleading. Notwithstanding the above, if Defendant chooses, or is required, to respond to any other complaint filed by a direct purchaser, raising an antitrust claim relating to MiraLax, prior to the

date of response in the above-captioned actions, Defendant shall respond to the operative Consolidated Complaint (or Consolidated Amended Complaint) first.

| | |
|---|---|
| __/s/Frederick L. Cottell, III_____ | __/s/ Jeffrey S. Goddess_____ |
| Frederick L. Cottrell, III (#2555) | Jeffrey S. Goddess (#630) |
| cottrell@rlf.com | jgoddess@rmgglaw.com |
| Steven J. Fineman (#4025) | Rosenthal, Monhait & Goddess, P.A. |
| fineman@rlf.com | 919 Market Street, Suite 1401 |
| Richards, Layton & Finger, P.A. | Wilmington, DE 19899-1070 |
| One Rodney Square | (302) 656-4433 |
| 920 North King Street | |
| P.O. Box 551 | |
| Wilmington, DE 19801 | |
| (302) 651-7700 | |
| | Kaplan, Fox & Kilscheimer, LLP |
| WilmerHale LLP | Linda P. Nussbaum |
| Michelle D. Miller | Robert Kaplan |
| David B. Bassett | 805 Third Avenue, 22nd Floor |
| Mark A. Ford | New York, NY 10022 |
| 60 State Street | (212) 687-1980 |
| Boston, MA 02109 | |
| (617) 526-6000 | |
| | Vanek, Vickers & Masini, P.C. |
| | Joseph M. Vanek |
| | David Germaine |
| | 111 S. Wacker Drive, Suite 4050 |
| | Chicago, IL 60606 |
| | (312) 224-1500 |
| | |
| | Sperling & Slater, P.C. |
| | Paul E. Slater |
| | 55 W. Monroe Street, Suite 3300 |
| | Chicago, IL 60603 |
| Dated: March 29, 2007 | (312) 651-3200 |

    SO ORDERED this ____ day of _____, 2007

                                       _____
                                       Honorable Sue L. Robinson

RLF1-3133342-1