IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Meijer Inc. and Meijer Distribution Inc. | ) |
| Plaintiffs, | ) ) ) |
| | ) C. A. No. 07-143-SLR |
| v. | ) ) |
| Braintree Laboratories Inc. | ) ) |
| Defendant. | ) ) ) |

**RESPONSE OF BRAINTREE LABORATORIES, INC. TO DIRECT PURCHASER CLASS PLAINTIFFS' MOTION FOR ENTRY OF PROPOSED PRETRIAL ORDER NO. 1**

Defendant Braintree Laboratories, Inc. ("Braintree") does not oppose the entry of Proposed Pretrial Order No.1 appended to the Motion filed by the above-named plaintiffs who seek to represent an alleged class of direct purchasers. As indicated in the Memorandum filed in support of their Motion, Braintree has proposed to the plaintiffs that the parties seek a stay of these cases pending the outcome of the trial in Civil Action No. 03-477 (SLR) (D.Del.), and Braintree intends to so move if the parties do not reach agreement as a result of those negotiations.

OF COUNSEL:
David B. Bassett
Michelle D. Miller
Mark A. Ford
WilmerHale
60 State Street
Boston, MA 92109
617-526-6000

Dated: April 2, 2007

_/s/ F. L. Cottrell III_
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
P. O. Box 551
Wilmington, DE 19801
302-651-7700
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jeffrey S. Goddess
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

I hereby certify that on April 2, 2007, I caused to be sent by Federal Express the foregoing document to the following non-registered participant:

Linda P. Nussbaum
Robert N. Kaplan
Kaplan Fox & Kilsheimer LLP
805 Third Avenue, 22nd Floor
New York, NY  10022

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700